■ MOBIL OIL CORPORATION, Appellant-Respondent, v KRAMER SERVICE CENTER, INC., Respondent, and MALDEN SERVICE STATION, INC., Respondent-Appellant. (Appeal No. 2.)—Judgment unanimously affirmed, without costs, and motion to dismiss defendant Kramer's cross appeal dismissed as moot. Same memorandum as in *Mobil Oil Corp. v Fraser* (55 AD2d 824). (Appeal from judgment of the Herkimer Supreme Court—accounting.) Present—Marsh, P. J., Cardamone, Mahoney, Dillon and Goldman, JJ.